**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**

Case 1:07-mc-00342    Document 2    Filed 10/02/2007    Page 1 of 1